# United States Bankruptcy Court

Southern District of Alabama

### Case No. 20–11658
**Chapter 13**

In re:

Ronald Reagan Brazeal
aka Ronald Brazeal, aka Ronald R
Brazeal, aka Ronald Brazeal Sr, aka
Ronald R Brazeal Sr, aka Ronald
Reagan Brazeal Sr
2612 Glass Ave
Mobile, AL 36617

Social Security No.:
xxx–xx–2271

## ORDER EXTENDING AUTOMATIC STAY

This matter is before the court on the motion of the debtor(s) to extend the automatic stay as to all creditors as provided by 11 U.S.C. § 362(c)(3). The court conducted a hearing on the motion to extend the stay pursuant to 11 U.S.C. § 362(c)(3)(B) and (C). The court finds that the statutory burden required for continuation of the stay as to all creditors has been met.

It is thus ORDERED that the motion to extend the automatic stay is granted. The automatic stay of 11 U.S.C. § 362(a) is extended, pending subsequent order of this court, as to all creditors.

Dated: 8/20/20

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE